**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| REMEKA LEVERT,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN CANCER SOCIETY, INC.,<br><br>　　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:20-CV-5284-MLB |

## J U D G M E N T

This action having come before the court, Honorable Michael L. Brown, United States District Judge, for consideration of the Report and Recommendation, it is

**Ordered and Adjudged** that the action be **DISMISSED WITHOUT PREJUDICE** for failure to serve Defendant and failure to comply with a court order.

Dated at Atlanta, Georgia, this 15th day of November, 2021.

　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　By:　　s/Jill Ayers
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 15, 2021
Kevin P. Weimer
Clerk of Court

By:　　s/Jill Ayers
　　　　Deputy Clerk